United States Court of Appeals
Fifth Circuit

**F I L E D**

September 17, 2003

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-40193
Summary Calendar

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

YOLANDA SALGADO-SANTANA

Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-02-CR-1082-1
--------------------

Before KING, Chief Judge, and JOLLY and WIENER, Circuit Judges.

PER CURIAM:[*]

The Assistant Federal Public Defender, counsel for Yolanda Salgado-Santana (Salgado), has moved for leave to withdraw from this appeal and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Salgado has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.